**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS TOMAS VALENCIA, | No.   CV 25-12466 PA |
| Petitioner, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to the Court's March 25, 2026 Minute Order denying Petitioner Luis Tomas Valencia's Motion to Vacate Conviction, pursuant to 28 U.S.C. § 2255, and granting Respondent United States of America's Motion to Dismiss,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: March 25, 2026

_____

Percy Anderson
UNITED STATES DISTRICT JUDGE